STATE v. McCRAE

No. 447P02

Case below: 151 N.C. App. 601
356 N.C. 310

Motion by defendant pro se for reconsideration of the dismissal of his appeal and the denial of his petition for discretionary review dismissed 19 December 2002.

STATE v. PETERSON

No. 328A97-2 and 3

Case below: Richmond County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Richmond County, denied 19 December 2002. Motion by Attorney General to lift order granting defendant's motion to hold petition for writ of certiorari in abeyance dismissed as moot 19 December 2002. Petition by defendant for writ of certiorari to review the order of the Superior Court, Richmond County, denied 19 December 2002.

STATE v. POWELL

No. 190A93-4

Case below: Cleveland County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cleveland County, denied 19 December 2002.

STATE v. RAINEY

No. 637P02

Case below: 154 N.C. App. 282

Motion by Attorney General for temporary stay denied 19 December 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Petition by Attorney General for writ of supersedeas denied 19 December 2002.